UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL W. MERCIER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AZZ, INC., )<br>)<br>Defendant ) | Civil Action No.: |

## NOTICE OF APPEARANCE

I, Jed DeWick, hereby enter my appearance as counsel for defendant AZZ, Inc., in this action.

Respectfully Submitted,

 /s/ Jed DeWick
Jed DeWick (BBO #654723)
ARROWOOD LLP
10 Post Office Square, 7th Floor South
Boston, MA  02109
(617) 849-6200
(617) 849-6201 (fax)
jdewick@arrowoodllp.com

Dated:  March 5, 2018

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via First Class Mail and Email on this 5th day of March, 2018, to counsel for the Plaintiff, at the following address:

Stephen Churchill
steve@fairworklaw.com
Fair Work, P.C.,
192 South Street, Suite 450,
Boston, MA 02111

                                                 */s/Jed DeWick*  _____
                                                  Jed DeWick