UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL W. MERCIER,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br> AZZ, INC.,  )<br>  )<br>  Defendant  )<br>  ) | Civil Action No.: |

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Defendant, AZZ, Inc. ("Defendant"), is a corporation formed under the laws of the State of Texas, with its principal place of business in the State of Texas.  It is a nongovernmental corporate party.  Pursuant to Fed. R. Civ. P. 7.1, Defendant states that it has no parent corporation, but states that BlackRock, Inc., a publicly held corporation, owns 10% or more of its stock.

Respectfully Submitted,

AZZ, INC.,

By their attorneys,

*/s/ Jed DeWick*_____
Jed DeWick (BBO #654723)
Sarah E. A. Sousa (BBO #691089)
ARROWOOD LLP
10 Post Office Square, 7th Floor South
Boston, MA  02109
(617) 849-6200
(617) 849-6201 (Fax)
jdewick@arrowoodllp.com
ssousa@arrowoodllp.com

With,

Kimberly Rich (TX Bar No. 24010344; CA Bar. No. 185507)
Lindsay Wright Brett (Fed. ID No. 1384776)
BAKER & MCKENZIE LLP
1900 North Pearl Street, Suite 1500
Dallas, TX 75201
(214) 978-3000
(214)965-5998 (Fax)
Kimberliy.rich@bakermckenzie.com
Lindsay.brett@bakermckenzie.com
(Motion for *Pro Hac Vice* Admission to follow)

Dated: March 5, 2018

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via First Class Mail and Email on this 5th day of March, 2018, to counsel for the Plaintiff, at the following address:

Stephen Churchill
steve@fairworklaw.com
Fair Work, P.C.,
192 South Street, Suite 450,
Boston, MA 02111

*/s/Sarah E. A. Sousa*　_____
　Sarah E. A. Sousa