UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____ )
                                        )
MICHAEL W. MERCIER                      )
                                        )
         Plaintiff,                     )
                                        )
    v.                                  )
                                        )      Civil Action No.: 1:18-cv-10422
AZZ, INC.,                              )
                                        )
         Defendant                      )
_____ )

## ASSENTED TO MOTION FOR *PRO HAC VICE* ADMISSION OF KIMBERLY RICH AS COUNSEL FOR DEFENDANT, AZZ, INC.

Pursuant to Local Rule 83.5.3 of U.S. District Court for the District of Massachusetts, the undersigned counsel, Sarah E. A. Sousa, a member in good standing of the bar of the United States District Court for the District of Massachusetts, moves that Kimberly Rich, a member of good standing of the bars of the State of Texas, the State of California, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Eighth Circuit, the United States Court of Appeals for the Tenth Circuit, the United States Court of Appeals for the Eleventh Circuit, the United States District Courts for the Northern, Central, and Southern Districts of California, and the United States District Courts for the Northern, Eastern, Southern, and Western Districts of Texas be admitted in this action *pro hac vice* as counsel for AZZ, Inc. ("AZZ").  In support of this Motion is the Affidavit of Kimberly Rich attached hereto as **Exhibit 1**. Attorney Rich meets all the requirements of the Local Rule, and her participation will contribute to the representation of AZZ as she and her firm are familiar with this matter.

## RULE 7.1 CERTIFICATION

In accordance with Local Rule 7.1(a)(2), undersigned counsel hereby certifies that she has

conferred with opposing counsel, on March 6, 2018, and attempted in good faith to resolve or

narrow the issue.  Counsel for Plaintiff, Michael W. Mercier, has indicated that he assents to this

motion.

Respectfully Submitted,

AZZ, INC.,

By their attorneys,


*/s/ Sarah E. A. Sousa*_____
Jed DeWick (BBO #654723)
Sarah E. A. Sousa (BBO #691089)
ARROWOOD LLP
10 Post Office Square, 7th Floor South
Boston, MA  02109
(617) 849-6200
(617) 849-6201 (fax)
jdewick@arrowoodllp.com
ssousa@arrowoodllp.com


Assented to:

*/s/ Stephen Churchill*_____
Stephen Churchill (BBO #564158)
FAIR WORK, P. C.
192 South Street, Suite 450
Boston, MA  02111
(617) 607-3260
(617) 488-2261 (fax)
steve@fairworklaw.com

Attorney for Plaintiff,
Michael W. Mercier


Dated: March 6, 2018

**<u>CERTIFICATE OF SERVICE</u>**

I, Sarah E. A. Sousa, hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                               */s/ Sarah E. A. Sousa*

Dated: March 6, 2018