UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL W. MERCIER, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)     Civil Action No.: 1:18-cv-10422<br>AZZ, INC., )<br>)<br>    Defendant ) | |

**AFFIDAVIT OF KIMBERLY RICH IN SUPPORT OF**
**MOTION FOR *PRO HAC VICE ADMISSION***

I, Kimberly Rich, being under oath do hereby depose and say as follows:

1. I am a resident of the State of Texas and am a member of the law firm of Baker & McKenzie LLP, 1900 North Pearl Street, Suite 1500, Dallas, Texas; (214) 978-3000; Kimberly.rich@bakermckenzie.com.

2. I have been licensed to practice law in the State of Texas since 1999. My Texas Bar No. is 24010344. I have been licensed to practice law in the State of California since 1996. My California Bar No. is 185507.

3. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I am currently a member in good standing of the bars of the State of Texas, the State of California, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Eighth Circuit, the United States Court of Appeals for the Tenth Circuit, the United States Court of Appeals for the Eleventh Circuit, the United States District Courts for the Northern, Central, and Southern Districts

of California, and the United States District Courts for the Northern, Eastern, Southern, and Western Districts of Texas

4. There are no disciplinary proceedings pending against me in any jurisdiction.

5. I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury this 5 day of March, 2018.

_____
Kimberly F. Rich