UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL W. MERCIER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AZZ, INC., )<br>)<br>Defendant )<br>) | Civil Action No.: 1:18-cv-10422 |

## ASSENTED TO MOTION FOR *PRO HAC VICE* ADMISSION OF LINDSAY WRIGHT BRETT AS COUNSEL FOR DEFENDANT, AZZ, INC.

Pursuant to Local Rule 83.5.3 of U.S. District Court for the District of Massachusetts, the undersigned counsel, Sarah E. A. Sousa, a member in good standing of the bar of the United States District Court for the District of Massachusetts, moves that Lindsay Wright Brett, a member of good standing of the bars of the State of Texas, and the United States District Courts for the Southern District of Texas be admitted in this action *pro hac vice* as counsel for AZZ, Inc., ("AZZ").  In support of this Motion is the Affidavit of Lindsay Wright Brett attached hereto as **Exhibit 1**. Attorney Brett meets all the requirements of the Local Rule, and her participation will contribute to the representation of AZZ as she and her firm are familiar with this matter.

RULE 7.1 CERTIFICATION

In accordance with Local Rule 7.1(a)(2), undersigned counsel hereby certifies that she has conferred with opposing counsel, on March 6, 2018, and attempted in good faith to resolve or narrow the issue. Counsel for Plaintiff, Michael W. Mercier, has indicated that he assents to this motion.

        Respectfully Submitted,

        AZZ, INC.,

        By their attorneys,

        */s/Sarah E. A. Sousa*_____
        Jed DeWick (BBO #654723)
        Sarah E. A. Sousa (BBO #691089)
        ARROWOOD LLP
        10 Post Office Square, 7th Floor South
        Boston, MA  02109
        (617) 849-6200
        (617) 849-6201 (fax)
        jdewick@arrowoodllp.com
        ssousa@arrowoodllp.com

        Assented to:

        */s/ Stephen Churchill*_____
        Stephen Churchill (BBO #564158)
        FAIR WORK, P. C.
        192 South Street, Suite 450
        Boston, MA  02111
        (617) 607-3260
        (617) 488-2261 (fax)
        steve@fairworklaw.com

        Attorney for Plaintiff,
        Michael W. Mercier

Dated: March 6, 2018

**CERTIFICATE OF SERVICE**

  I, Sarah E. A. Sousa, hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                     /s/ Sarah E. A. Sousa

Dated: March 6, 2018