UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL W. MERCIER, <br><br> Plaintiff, <br><br> v. <br><br> AZZ, INC., <br><br> Defendant | Civil Action No.: 1:18-cv-10422 |

**AFFIDAVIT OF LINDSAY WRIGHT BRETT IN SUPPORT OF MOTION FOR *PRO HAC VICE ADMISSION***

I, Lindsay Wright Brett, being under oath do hereby depose and say as follows:

1. I am a resident of the State of Texas and am an associate with the law firm of Baker & McKenzie LLP, 700 Louisiana, Suite 3000, Houston, Texas; (713)427-5000, Lindsay.brett@bakermckenzie.com.

2. I have been licensed to practice law in the State of Texas since 2011. My Texas Bar No. is 24079608.

3. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I am currently a member in good standing of the bars of the State of Texas and the United States District Courts for the Southern District of Texas.

4. There are no disciplinary proceedings pending against me in any jurisdiction.

5. I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury this 5 day of March, 2018.

*Lindsay Brett*