**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MICHAEL W. MERCIER,             )<br>                                                )<br>            Plaintiff,               )<br>                                                )<br>v.                                           )<br>                                                )<br>AZZ, INCORPORATED,          )<br>                                                )<br>            Defendant.            ) | Civil Action No. 1:18-cv-10422 |

## NOTICE OF APPEARANCE OF COUNSEL

TO:   The Clerk of the Court and All Parties of Record

The following counsel of the law firm of Baker & McKenzie LLP was admitted to this Court *pro hac vice* and hereby enters her appearance as counsel for Defendant AZZ, Inc.:

>   Kimberly F. Rich
>   State Bar No. 24010344
>   E-Mail: kimberly.rich@bakermckenzie.com
>   BAKER & MCKENZIE LLP
>   1900 N. Pearl Street
>   Suite 1500
>   Dallas, TX  75201
>   Telephone: +1 214 978 3000
>   Facsimile: +1 214 978 3099

Dated:  March 21, 2018

Respectfully submitted,

 */s/ Kimberly F. Rich*
Kimberly F. Rich (admitted *pro hac vice*)
State Bar No. 24010344
E-Mail: kimberly.rich@bakermckenzie.com
BAKER & MCKENZIE LLP
1900 N. Pearl Street
Suite 1500
Dallas, TX  75201
Telephone: +1 214 978 3000
Facsimile: +1 214 978 3099

**ATTORNEYS FOR DEFENDANT
AZZ, INC.**

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via First Class Mail and Email on this 21st day of March, 2018, to counsel for the Plaintiff, at the following address:

     Stephen Churchill
     steve@fairworklaw.com
     Fair Work, P.C.,
     192 South Street, Suite 450,
     Boston, MA 02111

                                          */s/ Kimberly F. Rich*
                                          Kimberly F. Rich