**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MICHAEL W. MERCIER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AZZ, INCORPORATED, ) <br> ) <br> Defendant. ) | Civil Action No. 1:18-cv-10422 |

**NOTICE OF APPEARANCE OF COUNSEL**

TO:   The Clerk of the Court and All Parties of Record

The following counsel of the law firm of Baker & McKenzie LLP was admitted to this Court *pro hac vice* and hereby enters her appearance as counsel for Defendant AZZ, Inc.:

>   Lindsay Wright Brett
>   State Bar No. 24079608
>   E-Mail: lindsay.brett@bakermckenzie.com
>   BAKER & MCKENZIE LLP
>   700 Louisiana, Suite 3000
>   Houston, TX  77002
>   Telephone: +1 713 427 5000
>   Facsimile: +1 713 427 5099

Dated:  March 21, 2018            Respectfully submitted,

   */s/ Lindsay Wright Brett*
   Lindsay Wright Brett (admitted *pro hac vice*)
   State Bar No. 24079608
   E-Mail: lindsay.brett@bakermckenzie.com
   BAKER & MCKENZIE LLP
   700 Louisiana, Suite 3000
   Houston, TX  77002
   Telephone: +1 713 427 5000
   Facsimile: +1 713 427 5099

   **ATTORNEYS FOR DEFENDANT**
   **AZZ, INC.**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via First Class Mail and Email on this 21st day of March, 2018, to counsel for the Plaintiff, at the following address:

>Stephen Churchill
>steve@fairworklaw.com
>Fair Work, P.C.,
>192 South Street, Suite 450,
>Boston, MA 02111

>>> */s/ Lindsay Wright Brett*
>>> Lindsay Wright Brett