## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL W. MERCIER,         )<br>                                                   )<br>     Plaintiff                              )<br>v.                                               )<br>                                                   )<br>AZZ, INC.,                                 )<br>                                                   )<br>     Defendant                          )<br>                                                   ) | Civil Action No. 18-CV-10422-FDS |

## JOINT STATEMENT

Pursuant to Local Rule 16.1 and the Notice of Scheduling Conference dated March 30, 2018, Plaintiff Michael W. Mercier and Defendant AZZ, Inc. file this joint statement.

### Proposed Pretrial Schedule

The parties propose the Scheduling Order attached as Exhibit 1.

### Certification Regarding Costs and Alternate Dispute Resolution

The parties will submit their respective certifications separately.

### Consent To A Magistrate Judge

The parties do not consent to trial being conducted by a Magistrate Judge.

| | |
|---|---|
| MICHAEL W. MERCIER,<br>By his attorneys, | AZZ, INC.<br>By its attorneys, |
| /s/ Stephen Churchill<br>Stephen Churchill, BBO#564158<br>FAIR WORK, P.C.<br>192 South Street, Suite 450<br>Boston, MA 02111<br>(617) 607-3260<br>(617) 488-2261 (fax)<br>steve@fairworklaw.com | /s/ Kimberly Rich<br>Kimberly Rich (admitted pro hac vice)<br>Lindsay Wright Brett (admitted pro hac vice)<br>BAKER & MCKENZIE LLP<br>1900 North Pearl Street, Suite 1500<br>Dallas, TX 75201<br>(214) 978-3000<br>(214) 965-5998 fax<br>kimberly.rich@bakermckenzie.com<br>lindsay.brett@bakermckenzie.com |

                    Jed DeWick, BBO#654723
                    Sarah E. A. Souza, BBO#691089
                    ARROWOOD LLP
                    10 Post Office Square, 7th Floor South
                    Boston, MA 02109
                    (617) 849-6200
                    (617) 849-6201 (fax)
                    jdewick@arrowoodllp.com
                    ssousa@arrowoodllp.com

Dated: April 25, 2018

## **CERTIFICATE OF SERVICE**

  I certify that on this date I served a copy of the foregoing document, by ECF, on counsel for the Defendant.

Dated: April 25, 2018          /s/ Stephen Churchill
                   Stephen Churchill