# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL W. MERCIER, )<br>)<br>   Plaintiff )<br>v. )<br>)<br>AZZ, INC., )<br>)<br>   Defendant )<br>) | Civil Action No. 18-CV-10422-FDS |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1(D)(3), this will certify that plaintiff Michael W. Mercier and his counsel have conferred: (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

/s/ *Michael W. Mercier*  
Michael W. Mercier

/s/ *Stephen Churchill*  
Stephen Churchill (BBO#564158)  
FAIR WORK, P.C.  
192 South Street, Suite 450  
Boston, MA 02111  
617-607-3260  
steve@fairworklaw.com

Dated:  April 25, 2018

## **CERTIFICATE OF SERVICE**

      I certify that on this date I served a copy of the foregoing document, by ECF, on counsel for the Defendant.

Dated: April 25, 2018                  */s/ Stephen Churchill*
                                               Stephen Churchill