UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL W. MERCIER, )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>AZZ, INC., )<br>)<br>  Defendant ) | Civil Action No.: 18-CV-10422-FDS |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1(d)(3), this will certify that defendant, AZZ, Inc. and its counsel have conferred: (a) with a view of establishing a budget for the costs of conducting the full course and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully Submitted,

*/s/ Jed DeWick*
Jed DeWick (BBO #654723)
Sarah E. A. Sousa (BBO #691089)
ARROWOOD LLP
10 Post Office Square, 7th Floor South
Boston, MA  02109
(617) 849-6200
(617) 849-6201 (fax)
jdewick@arrowoodllp.com
ssousa@arrowoodllp.com

Dated:  May 1, 2018

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served via ECF, on counsel for the Plaintiff.

/s/Jed DeWick
Jed DeWick