UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL W. MERCIER,<br><br>    Plaintiff<br><br>v.<br><br>AZZ, INC.,<br><br>    Defendant | Civil Action No. 18-CV-10422-FDS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Michael W. Mercier and Defendant AZZ, Inc. hereby stipulate that the Complaint be dismissed, with prejudice, waiving any rights of appeal, and with each side to bear their own costs and fees.

MICHAEL W. MERCIER,
By his attorneys,

/s/ Stephen Churchill
Stephen Churchill, BBO#564158
FAIR WORK, P.C.
192 South Street, Suite 450
Boston, MA 02111
(617) 607-3260
(617) 488-2261 (fax)
steve@fairworklaw.com

AZZ, INC.
By its attorneys,

/s/ Kimberly Rich
Kimberly Rich (admitted pro hac vice)
Lindsay Wright Brett (admitted pro hac vice)
BAKER & MCKENZIE LLP
1900 North Pearl Street, Suite 1500
Dallas, TX 75201
(214) 978-3000
(214) 965-5998 fax
kimberly.rich@bakermckenzie.com
lindsay.brett@bakermckenzie.com

Jed DeWick, BBO#654723
Sarah E. A. Souza, BBO#691089
ARROWOOD LLP
10 Post Office Square, 7th Floor South
Boston, MA 02109
(617) 849-6200
(617) 849-6201 (fax)
jdewick@arrowoodllp.com
ssousa@arrowoodllp.com

Dated: November 26, 2018

## CERTIFICATE OF SERVICE

  I certify that on this date I served a copy of the foregoing document, by ECF, on counsel for the Defendant.

Dated: November 26, 2018     /s/ Stephen Churchill
                 Stephen Churchill